

Filed by ____ D.C.
ELECTRONIC

May 07, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20836-CR-UNGARO(s)
18 U.S.C. § 1591(a)(1) and (b)(2)
18 U.S.C. § 1594(e)

UNITED STATES OF AMERICA

vs.

WILLIAM JAMES PRICE,
    a/k/a "Ryder,"
    a/k/a "Will,"

        Defendant.
_____/

## SUPERSEDING INFORMATION

The United States Attorney charges that:

From in or around March 2013 through on or about October 17, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM JAMES PRICE,**
**a/k/a "Ryder,"**
**a/k/a "Will,"**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, "C.B.," knowing, and in reckless disregard of the fact, that "C.B." had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

## **FORFEITURE**

1. The allegations of this Superseding Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **WILLIAM JAMES PRICE, a/k/a "Ryder," a/k/a "Will,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1591, as alleged in this Superseding Information, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594(e)(1), all of his right, title, and interest in the following:

   (a) Any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and

   (b) Any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Section 1594(e), and the procedures set forth at Title 21, United States Code, Section 853, made applicable here by Title 28, United States Code, Section 2461(c).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
OLIVIA S. CHOE
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>WILLIAM JAMES PRICE,<br>   a/k/a "Ryder,"<br>   a/k/a "Will,"<br>            Defendant.<br>_____/ | CASE NO. <u>13-20836-CR-UNGARO(s)</u><br><br>**CERTIFICATE OF TRIAL ATTORNEY***<br><br>**Superseding Case Information:** |

**Court Division**: (Select One)

  X  Miami     ___ Key West
 ___ FTL     ___ WPB     ___ FTP

New Defendant(s)    Yes ___ No X
Number of New Defendants
Total number of counts    1

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                            (Check only one)

   I    0 to 5 days      X          Petty   ___
   II   6 to 10 days    ___         Minor   ___
   III  11 to 20 days   ___         Misdem. ___
   IV  21 to 60 days   ___         Felony   X
   V   61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   Yes
   If yes:
   Judge:  Ungaro         Case No.  13-20836-CR-Ungaro
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   Yes
   If yes:
   Magistrate Case No.  13-mj-03525-JJO
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of  October 18, 2013
   Defendant(s) in state custody as of
   Rule 20 from the    District of

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes   X   No

                                                                                                       _____
                                                                                                       OLIVIA S. CHOE
                                                                                                        ASSISTANT UNITED STATES ATTORNEY
                                                                                                        COURT ID NO. A5501503

*Penalty Sheet(s) attached                                                                                           REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __WILLIAM JAMES PRICE, a/k/a "Ryder," a/k/a/ "Will,"__

Case No: __13-20836-CR-Ungaro(s)__

**Count #: 1**

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1) and (b)(2)

**\*Max. Penalty:** Life imprisonment (mandatory minimum term of 10 years' imprisonment)

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.